IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Sharon L. Sisler, | ) | C/A No. 0:14-86-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| S.B. Phillips Company, Inc.; and Duracell International, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This action was filed in Court of Common Pleas of Lancaster County, South Carolina, on December 6, 2013, and Defendants removed it to this court on January 10, 2014. [ECF No. 1]. Pursuant to the second amended scheduling order entered on November 17, 2014, discovery was to be completed by November 24, 2014, with dispositive motions, if any, to be filed by no later than January 12, 2015. [ECF No. 25]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

January 13, 2015
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge